[No. 33051-9-I.   Division One.   October 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DELIA M. PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00104-1, Arthur E. Piehler, J., entered July 12, 1993. *Affirmed* by unpublished opinion per Webster, J., concurred in by Becker and Cox, JJ.

[No. 33955-9-I.   Division One.   October 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05651-2, Liem E. Tuai, J., entered January 10, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34111-1-I.   Division One.   February 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WOLFRAM ULRICH WYSGOLL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-04218-5, R. Joseph Wesley, J., entered January 25, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34303-3-I.   Division One.   February 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ARIES FALETOGO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07259-3, George A. Finkle, J., entered March 18, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Becker, J.